SLIP OPINION



Cite as 2014 Ark. 532

# SUPREME COURT OF ARKANSAS

IN THE MATTER OF THE
APPOINTMENT OF A SPECIAL
JUDGE

**Opinion Delivered** December 11, 2014

**PER CURIAM**

Honorable Annabelle Imber Tuck shall be appointed as a special judge, and shall be given authority for the express purpose of swearing in the newly elected Arkansas Supreme Court Associate Justice Rhonda Wood on January 6, 2015.

It is so ordered.